IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01173-BNB

MR. AZIZ,

    Applicant,

v.

GOVERNOR BILL OWENS,
CO. PAROLE BOARD, EX REL., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion Detailing Why Deficiency Cannot be Cured for Six-Month Statement" filed on June 22, 2006, is DENIED as moot because Applicant was not ordered to cure any deficiencies in this action.

Dated: June 23, 2006

Copies of this Minute Order mailed on June 23, 2006, to the following:

Simme Abdul Aziz
Prisoner No. 113190
Denver County Jail
PO Box 1108
Denver, CO 80201

                              Secretary/Deputy Clerk