IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01173-BNB

MR. AZIZ,

    Applicant,

v.

GOVERNOR BILL OWENS,
CO. PAROLE BOARD, EX REL., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2006

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Motion to Amend Complaint Upon Receipt of All Documents Related to 'Aziz vs. Ortiz #04cv-02126 – F.O.I.A. Sec. 552" filed on June 29, 2006, in which Applicant requests copies of the original complaint and other unspecified documents filed in 04-cv-02126-ZLW, is DENIED. Applicant must specify the documents he seeks and he must prepay the copying costs for the documents he seeks at the rate of $0.50 per page. Applicant is advised that the habeas corpus application filed in 04-cv-02126-ZLW on November 15, 2004, is ninety-six pages long. Applicant's "Motion for Status Report. Documents Needed to Amend 28 U.S.C. 2254 New Action Above/Old Case 04-cv-2126" filed on June 26, 2006, is DENIED as moot.

Dated: June 30, 2006

Copies of this Minute Order mailed on June 30, 2006, to the following:

Simme Aziz
Prisoner No. 113190
Prisoner No. 1496696
Denver County Jail
PO Box 1108
Denver, CO 80201

                        Secretary/Deputy Clerk