IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 6 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01173-BNB

MR. AZIZ,

        Applicant,

v.

GOVERNOR BILL OWENS,
CO. PAROLE BOARD, EX REL., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

        Applicant's "Request for Law Library Court Order Due to Continued Denial
Thereof" filed on July 5, 2006, is DENIED.

Dated:  July 6, 2006

---

Copies of this Minute Order  mailed on July 6, 2006, to the following:

Simme Aziz
Prisoner No. 113190
Prisoner No. 1496696
Denver County Jail
PO Box 1108
Denver, CO 80201

Secretary/Deputy Clerk

Dockets.Justia.com